**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **BAO CHEN,** | § | |
| | § | |
| **Petitioner,** | § | |
| | § | |
| **v.** | § | **CAUSE NO. EP-26-CV-2273-KC** |
| | § | |
| **WARDEN OF THE ERO EL PASO CAMP EAST MONTANA, et al.,** | § | |
| | § | |
| | § | |
| **Respondents.** | § | |

**ORDER**

On this day, the Court considered the case. On September 9, 2026, the Court ordered Respondents to show cause why Bao Chen's Petition, ECF No. 1, should not be granted. Sep. 9, 2026, Order, ECF No. 2

Respondents now state that Chen's Petition should be denied because his removal to China is "significant[ly] likely in the reasonably foreseeable future," and state that Chen "is currently awaiting an interview to commence the process for a travel document [from China]." Resp. 1–2, ECF No. 3; *see also id.* Ex. A ("Flores Decl.") ¶ 9, ECF No. 3-1.

Accordingly, the Court **ORDERS** that Respondents shall **FILE** a status update by **no later than October 16, 2026**, detailing the following:

(1) Whether Chen has been lawfully removed from the country.

(2) If not, whether he has completed an interview to begin the process for removal to China.

(3) If not, whether an interview has been scheduled, and if so, for what date.

(4) If not, what concrete steps Respondents have taken to secure him an interview and begin the process of securing travel documents from China.

(5) What concrete steps have been taken to address any additional obstacles, and the anticipated timeline for Chen's removal from the United States.

**IT IS FURTHER ORDERED** that if any deadline set in this Order falls on a weekend or holiday, that deadline is extended to the following business day.

Respondents are cautioned that failure to take concrete steps to address the obstacles preventing Chen's removal may result in an order for Chen's release.

**SO ORDERED**.

**SIGNED this 18th day of September, 2026.**

KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE