**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **BAO CHEN,** | § | |
| | § | |
| **Petitioner,** | § | |
| | § | |
| **v.** | § | **CAUSE NO. EP-26-CV-2273-KC** |
| | § | |
| **WARDEN OF THE ERO EL PASO CAMP EAST MONTANA, et al.,** | § | |
| | § | |
| | § | |
| **Respondents.** | § | |

**ORDER**

On this day, the Court considered the case. On September 18, 2026, the Court ordered Respondents to report on the status of their efforts to remove Petitioner Bao Chen to China. Sep. 18, 2026, Order, ECF No. 4.

Respondents now report that the Deportation Officer forwarded Chen's travel document request ("TDR") packet to the Detention and Deportation Officer ("DDO") assigned to this case for review and approval. Status Update, ECF No. 5; *see id*. Ex. A ("Sepulveda Decl.") ¶ 25, ECF No. 5-1. The DDO approved the packet on September 28, 2026, but it must also receive approval from the "Beijing Attache" before submission to the Embassy of the People's Republic of China, a process that may take several months. *Id.* ¶¶ 22, 26–27. It appears that the TDR packet still awaits approval by the Beijing ERO attaché, a United States Government employee, and has not yet been submitted to Chinese authorities.

Separately, the duration of Chen's prior period of immigration detention remains unclear from Respondents' latest filing. *See id.* ¶¶ 10–17.

Accordingly, the Court **ORDERS** that Respondents shall **FILE** a status report **by no later than October 27, 2026**, addressing the following:

1. Has the TDR packet been submitted to the Embassy of the People's Republic of China or does it remain pending with a department of the United States Government?
2. If the TDR remains pending with the United States Government, identify the outstanding steps for approval and provide a concrete timeline for completing those steps and submitting the packet to Chinese authorities.
3. Clarify the date Chen was first detained in immigration custody prior to his release under an Order of Supervision on March 25, 1998.

**SO ORDERED**.

**SIGNED this 20th day of October, 2026.**

KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE