**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **BAO CHEN,** | § | |
| | § | |
| **Petitioner,** | § | |
| | § | |
| **v.** | § | **CAUSE NO. EP-26-CV-2273-KC** |
| | § | |
| **WARDEN OF THE ERO EL PASO CAMP EAST MONTANA, et al.,** | § | |
| | § | |
| | § | |
| **Respondents.** | § | |

**ORDER**

On this day, the Court considered the case. On October 20, 2026, the Court ordered Respondents to report on the status of their efforts to remove Petitioner Bao Chen to China. October 20, 2026, Order, ECF No. 6.

Respondents now state that Chen's travel document request ("TDR") "will be submitted to the Embassy of the People's Republic of China for consideration for travel document issuance" after "notification of approval from the Beijing Attache." Status Report, ECF No. 7; *see id.* Ex A ("Sepulveda Decl.") ¶ 27. However, "the Beijing Attache has not decided on the case." *Id.* ¶ 28. In any event, Chen has been detained in immigration custody since August 21, 2026, which is less than the presumptively reasonable six-month period of post-removal order detention. Pet. ¶ 6, ECF No. 1.

Accordingly, the Court **ORDERS** that Respondents shall **FILE** a status update by **no later than February 22, 2027**, detailing the following:

(1) Whether Chen has been lawfully removed from the country, and if not;

(2) Whether the Beijing Attache has approved the TDR and submitted it to the Embassy of the People's Republic of China;

(3) Whether the Embassy has issued Chen's travel document; and

(4) Whether a date has been set for Chen's removal.

**IT IS FURTHER ORDERED** that if any deadline set in this Order falls on a weekend or holiday, that deadline is extended to the following business day.

**SO ORDERED**.

**SIGNED this 29th day of October, 2026.**

KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE